# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

All funds on deposit at City National Bank account numbers 112317279, 123826612, and 127204276

**SEIZURE WARRANT**

**CASE NUMBER:** 2:17-MJ-2831

TO: <u>INTERNAL REVENUE SERVICE</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>SPECIAL AGENT NICHOLAS CHRISTOS</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds on deposit at City National Bank account numbers 112317279, 123826612, and 127204276

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984.

**concerning a violation of Title <u>18</u> United States Code, Section(s)** <u>201, 641, 1341, 1343, 1510, 1956, 1957, 2314, and 2315.</u>

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

<u>City National Bank</u> is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

11/9/17 - 10:25 a.m.
**Date and Time Issued**

Hon.
**Name and Title of Judicial Officer**

Los Angeles, California
**City and State**

**Signature of Judicial Officer**

AUSA Ruth C. Pinkel

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 11/9/17 | DATE AND TIME WARRANT EXECUTED 11/9/17 5:00PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Eric Wood |

INVENTORY MADE IN THE PRESENCE OF
Eric Wood

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

17279 - $28,085.93
26610 - $3,910.39
04276 - $300.07

CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 11/9/17

_Executing Officer's Signature_

Nicholas Christos, Special Agent
_Printed Name and Title_